# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Briccetti, Vincent L. | U.S. District Court, Southern District of New York | 05/04/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

United States Courthouse
300 Quarropas Street
White Plains, NY 10601

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Fordham Law Alumni Association |
| 2. Adjunct Professor of Law | Fordham Law School |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2019 | Fordham Law School teaching salary | $5,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Practising Law Institute | 2/8/2019 | New York, NY | CLE Panel | Train Fare |
| 2. | Cornell University | 10/7/2019 | Ithaca, NY | Guest teacher at law school | Travel (mileage and parking) |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briccetti, Vincent L.** | 05/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briccetti, Vincent L.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental property #1, South Salem, NY (1993, $62,458) | D | Rent | L | R | | | | | |
| 2. | Chase Bank, various accounts | A | Interest | L | T | | | | | |
| 3. | TrustCo Bank (X) | A | Interest | | | Closed | 10/08/19 | J | | |
| 4. | Fidelity New York Municipal Income Fund (FTFMX) | A | Dividend | K | T | | | | | |
| 5. | Fidelity Treasury Fund (FZFXX) | A | Dividend | K | T | | | | | |
| 6. | NMIS General NY MM Fund Class B | A | Interest | J | T | | | | | |
| 7. | Vanguard High Yield Tax Exempt Admiral (VWALX) | B | Dividend | K | T | | | | | |
| 8. | Vanguard NY LT Tax-Exempt Fund Investor | A | Dividend | J | T | | | | | |
| 9. | IRA #5 (Fidelity) (H) | | | | | | | | | |
| 10. | - Bank of America Corp Bond | A | Interest | K | T | | | | | |
| 11. | DFA International Small Cap Value (DISVX) | C | Dividend | L | T | | | | | |
| 12. | DFA Targeted Credit Portfolio (DTCPX) | B | Dividend | | | Sold (part) | 10/04/19 | K | | |
| 13. | | | | | | Sold | 11/27/19 | L | | |
| 14. | - Fidelity Cash Reserves (FDRXX) | A | Dividend | K | T | | | | | |
| 15. | Fidelity Emerging Markets Index (FPADX) | A | Dividend | J | T | | | | | |
| 16. | Fidelity Inflation Protected Bond Index (FIPDX) | B | Dividend | M | T | Buy | 06/26/19 | K | | |
| 17. | Fidelity Short Term Treasury Bond Index (FUMBX) | C | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briccetti, Vincent L.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | Fidelity Intermediate Treasure Bond Index (FUAMX) | A | Dividend | | | Sold | 01/03/19 | K | | |
| 19. | - Goldman Sachs Group Inc Medium Term Note | B | Interest | K | T | | | | | |
| 20. | iShares MBS ETF (MBB) | A | Dividend | K | T | Buy | 10/04/19 | K | | |
| 21. | iShares Micro-Cap (IWC) | A | Dividend | K | T | | | | | |
| 22. | - iShares S&P 500 Index (IVV) | C | Dividend | M | T | Buy (add'l) | 01/03/19 | K | | |
| 23. | | | | | | Buy (add'l) | 03/20/19 | L | | |
| 24. | - Nuveen Build America (NBB) (Formerly NBD) | B | Dividend | | | Redeemed (part) | 02/08/19 | K | | |
| 25. | | | | | | Sold | 06/26/19 | K | | |
| 26. | - PIMCO Income Instl (PIMIX) | C | Dividend | M | T | Buy (add'l) | 11/27/19 | L | | |
| 27. | Stone Ridge Reinsurance Risk Premium (SRRIX) | A | Dividend | K | T | | | | | |
| 28. | - Vanguard Emerging Markets (VWO) | B | Dividend | L | T | | | | | |
| 29. | IRA #6 (Fidelity) (H) | | | | | | | | | |
| 30. | - Fidelity Cash Reserves (FDRXX) | C | Dividend | K | T | | | | | |
| 31. | Fidelity Floating Rate High Income (FIQSX) | C | Dividend | M | T | Buy | 03/28/19 | L | | |
| 32. | | | | | | Buy (add'l) | 08/12/19 | K | | |
| 33. | Fidelity Intermediate Treasury Bond Index (FUAMX) | A | Dividend | | | Sold | 03/28/19 | L | | |
| 34. | Fidelity Total Market Index (FSKAX) | B | Dividend | L | T | Buy (add'l) | 03/20/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briccetti, Vincent L.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Invesco Variable Rate Investment Grade (VRIG) | B | Dividend | M | T | Buy | 05/02/19 | K | | |
| 36. | | | | | Buy (add'l) | 06/26/19 | L | | |
| 37. | | | | | Buy (add'l) | 11/27/19 | K | | |
| 38. iShares 0-5 Year Investment Grade Corporate Bond (SLQD) | B | Dividend | M | T | Buy | 03/28/19 | L | | |
| 39. | | | | | Buy (add'l) | 05/02/19 | K | | |
| 40. iShares Core MSCI EAFE ETF (IEFA) | A | Dividend | K | T | Buy (add'l) | 06/26/19 | J | | |
| 41. iShares Core MSCI Emerging Markets (IEMG) | A | Dividend | K | T | | | | | |
| 42. iShares Core S&P 500 (IVV) | A | Dividend | L | T | Buy | 03/28/19 | K | | |
| 43. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 44. | | | | | Buy (add'l) | 08/12/19 | K | | |
| 45. iShares Core S&P US Value (IUSV) | A | Dividend | K | T | Buy | 05/02/19 | K | | |
| 46. iShares Core S&P Small-Cap (IJR) | A | Dividend | K | T | Buy | 06/26/19 | K | | |
| 47. | | | | | Buy (add'l) | 08/12/19 | J | | |
| 48. iShares S&P Small Cap 600 Citigroup Value Index (IJS) | A | Dividend | | | Sold | 03/28/19 | J | | |
| 49. JPMorgan Ultra-Short Income ETF (JPST) | A | Dividend | L | T | Buy | 08/12/19 | L | | |
| 50. Nuveen Credit Strategies Income Fund (JQC) | B | Dividend | | | Sold | 02/22/19 | K | | |
| 51. Vanguard GNMA Admiral (VFIJX) | B | Dividend | M | T | Buy | 06/26/19 | M | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Briccetti, Vincent L. | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  401(K) #2 (H) | | | | | | | | | |
| 53.  -Vanguard 500 Index (VFINX) | | | | | Sold (part) | 02/22/19 | K | | |
| 54. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 55. | | | | | Sold | 03/19/19 | N | | |
| 56.  - Vanguard Small Capitalization Stock (NAESX) | | | | | Buy (add'l) | 03/15/19 | J | | |
| 57. | | | | | Sold | 03/19/19 | L | | |
| 58.  - Vanguard Total Bond Market Index Inv (VBMFX) | B | Dividend | | | Buy (add'l) | 02/22/19 | K | | |
| 59. | | | | | Buy (add'l) | 03/15/19 | J | | |
| 60. | | | | | Sold | 03/19/19 | N | | |
| 61. | | | | | Sold | 07/18/19 | J | | |
| 62.  Northwestern Mutual Whole Life Policy | C | Dividend | M | T | | | | | |
| 63.  Northwestern Paid Up Life Insurance Policy #1 | B | Dividend | L | T | | | | | |
| 64.  Northwestern Paid Up Life Insurance Policy #2 | B | Dividend | M | T | | | | | |
| 65. | | | | | | | | | |
| 66.  IRA #7 (Fidelity) (H) | | | | | | | | | |
| 67.  Fidelity Intermediate Treasury Bond Index (FUAMX) | A | Dividend | | | Sold | 03/28/19 | K | | |
| 68.  Fidelity Treasury Fund (FZFXX) | A | Dividend | J | T | | | | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briccetti, Vincent L.** | 05/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | iShares Trust Core MSCI EAFE (IEFA) | A | Dividend | J | T | | | | | |
| 70. | iShares Core MSCI Emerging Markets (IEMG) | A | Dividend | K | T | | | | | |
| 71. | iShares 0-5 Year Invstment Grade Corporate (SLQD) | A | Dividend | K | T | Buy | 05/02/19 | K | | |
| 72. | iShares Core S&P US Value ETF (IUSV) | A | Dividend | K | T | Buy | 12/06/19 | K | | |
| 73. | iShares S&P 500 Value (IVE) | A | Dividend | | | Buy (add'l) | 03/28/19 | K | | |
| 74. | | | | | | Sold (part) | 05/02/19 | K | | |
| 75. | | | | | | Sold | 12/06/19 | K | | |
| 76. | NY 529 #1 (H) | | | | | | | | | |
| 77. | Aggressive Growth Portfolio | | None | J | T | Buy | 12/12/19 | J | | |
| 78. | Bond Market Index Portfolio | | None | J | T | Buy | 12/12/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Briccetti, Vincent L.** | 05/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On line 24, shares of NBB were tendered as part of an offer by the fund company.

On lines 60 and 61, the 401k was rolled over on 3/19 so the VBMFX was all sold. However, there was a dividend that came in after the rollover, which was subsequently sold on 7/18.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Vincent L. Briccetti**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544